UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHERKASOV YAROSLAV,

    Petitioner,

v.

ICE FIELD OFFICE DIRECTOR,

    Respondent.

Case No. C18-0821-TSZ-MAT

ORDER APPOINTING FEDERAL PUBLIC DEFENDER AND GRANTING STIPULATED MOTION FOR CONTINUANCE

This is a 28 U.S.C. § 2241 immigration habeas action. Petitioner has filed a motion to appoint counsel and the parties have filed a stipulated motion for continuance. (Dkts. 9 & 10.) Having considered the pending motions and the balance of the record, the Court finds and ORDERS:

(1) Because of the complex issues involved in this case, the interests of justice require that counsel be appointed for petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B). As required by statute, petitioner has demonstrated that he is financially eligible for such appointment. *See id.* Accordingly, petitioner's request for appointment of counsel (Dkt. 10) is GRANTED. The Court appoints the Federal Public Defender to represent petitioner in these proceedings.

/ / /

ORDER APPOINTING FEDERAL
PUBLIC DEFENDER AND GRANTING
STIPULATED MOTION FOR
CONTINUANCE - 1

(2) The parties' stipulated motion for a continuance of the noting date for respondent's motion to dismiss (Dkt. 9) is GRANTED. The Clerk shall RE-NOTE respondent's motion to dismiss (Dkt. 6) for **September 24, 2018**.

(3) The Clerk shall send copies of this Order to petitioner, to the Federal Public Defender, to counsel for respondents, and to the Honorable Thomas S. Zilly.

Dated this 21st day of August, 2018.

Mary Alice Theiler
United States Magistrate Judge

ORDER APPOINTING FEDERAL
PUBLIC DEFENDER AND GRANTING
STIPULATED MOTION FOR
CONTINUANCE - 2