UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHERKASOV YAROSLAV,

          Petitioner,

   v.

ICE FIELD OFFICE DIRECTOR,

          Respondent.

Case No. C18-0821-TSZ-MAT

REPORT AND RECOMMENDATION

Petitioner initiated this action *pro se* to obtain release from immigration detention or a bond hearing. On July 30, 2018, the Government moved to dismiss. (Dkt. 6.) On August 14, 2018, petitioner filed a motion to appoint counsel and the parties filed a stipulated motion to continue the noting date on the motion to dismiss. (Dkts. 9 & 10.) On August 21, 2018, the Court appointed the Office of the Federal Public Defender to represent petitioner. (Dkt. 11.) On September 11, 2018, petitioner was removed to Ukraine pursuant to an administratively final order of removal. (Dkt. 13-2.) On September 19, 2018, the Government filed a motion to dismiss this action as moot. (Dkt. 13.) Petitioner's counsel did not file a response.

Under Article III of the U.S. Constitution, federal courts may adjudicate only actual, ongoing cases or controversies. *Deakins v. Monaghan*, 484 U.S. 193, 199 (1988). "For a habeas

REPORT AND RECOMMENDATION - 1

petition to continue to present a live controversy after the petitioner's release or deportation . . . there must be some remaining 'collateral consequence' that may be redressed by success on the petition." *Abdala v. I.N.S.*, 488 F.3d 1061, 1064 (9th Cir. 2007). Because petitioner's habeas petition challenges only the length of his detention, his claims were fully resolved by his removal. *See id.* at 1065. Accordingly, there is no collateral consequence that could be redressed by the Court, and petitioner's habeas petition must be dismissed as moot. *See id.*

The Court recommends that the Government's motion to dismiss as moot (Dkt. 13) be GRANTED, the Government's motion to dismiss on the merits (Dkt. 6) be DENIED as moot, petitioner's habeas petition be DENIED, and this action be DISMISSED with prejudice. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14)** days after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **November 9, 2018**.

Dated this 12th day of December, 2018.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2