# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

CHERKASOV YAROSLAV,

    Petitioner,

v.

ICE FIELD OFFICE DIRECTOR,

    Respondent.

Case No. C18-0821-TSZ

ORDER OF DISMISSAL

Having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, docket no. 14, to which no objection was timely filed, the Court finds and ORDERS:

    (1)     The Report and Recommendation is ADOPTED in part and MODIFIED in part;

    (2)     The Government's motion to dismiss as moot (docket no. 13) is GRANTED;

    (3)     The Government's motion to dismiss on the merits (docket no. 6) is STRICKEN as moot;

    (4)     Petitioner's habeas petition and this action are DISMISSED as moot; and

\\

\\

ORDER OF DISMISSAL - 1

(5) The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

Dated this 7th day of December, 2018.

Thomas S. Zilly
United States District Judge

ORDER OF DISMISSAL - 2